IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY RUCKER            *
                          *
                          *
        v.                *     Civil No. – JFM-13-2716
                          *
HOFFBERGER MOVING SERVICES, LLC *
                       ******

**MEMORANDUM**

Anthony Rucker has brought this action against his former employer, Hoffberger Moving Services, LLC ("HMS") for overtime pay allegedly due to him under the Fair Labor Standards Act, the Maryland Labor and Employment Code, and under the common law doctrines of *quantum meruit* and unjust enrichment.[1] HMS has moved for summary judgment. The motion will be granted.

In the memorandum in support of its motion for summary judgment, HMS has set forth the relevant history of the Fair Labor Standards Act. No useful purpose would be served by repeating the history here. The fact upon which this case ultimately turns is that Rucker is an exempt employee under the FLSA because he spent more than a *de minimus* amount of time driving commercial vehicles. This is the holding of Chief Judge Chasanow in *Avery v. Chariots for Hire*, 748 F. Supp. 2d 492 (D. Md. 2010), the reasoning of which I find persuasive.[2] For this reason Rucker's claim under the FLSA – as well as his claim under the Maryland Labor and

---

[1] Rucker did not initially assert a claim under the Fair Labor Standards Act. When he so, HMS removed the action to this court.

[2] I also note that although doctrinally they may be opposed to *Avery*, the two cases upon which Rucker relies – *Hernandez v. Alpine Logistics, LLC*, 2011 WL 3800031 (W.D. NY 2011) and *McMaster v. Eastern Armored Services, Inc.*, 2013 WL 1288613 (D. N.J. 2013), are factually distinguishable from the present case in that in each of those cases the plaintiff spent more than a *de minimus* amount of time in driving non-commercial vehicles.

1

Employment Code (which likewise exempts employees "for whom the United States Secretary of Transportation may set qualifications and maximum hours of service.") Maryland Code, Labor & Empl. Art, Section 3-415(c)(1).

Rucker's common law claims fail because they are preempted by the governing statutes and because his claims arise only under those statutes which, for the reasons stated, do not entitle him to the overtime compensation he seeks.

A separate order granting HMS's motion is being entered herewith.


Date: December 31, 2013   \_\_\_/s/_____
                          J. Frederick Motz
                          United States District Judge